UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/02/16

---

SANDRA BUTLER and RICKY GIBSON

            Plaintiffs,

           -against-

CITY OF NEW YORK and GILBERT TAYLOR, as Commissioner of the New York City Department of Homeless Services,

           Defendants.

15 Civ. 03783

Hon. Robert W. Sweet

---

## [PROPOSED] CONSENT ORDER

IT IS HEREBY ORDERED THAT:

1. Plaintiffs may file a First Amended Class Action Complaint;

2. Defendants have 45 days to file an Answer to the First Amended Class Action Complaint, calculated from the date the First Amended Class Action Complaint is filed and entered on the ECF docket; and

3. Defendants' defenses—procedural, substantive, or otherwise—to any claims or allegations Plaintiffs assert are not waived, nor are Defendants deemed to admit to the truth or accuracy of the allegations in the First Amended Class Action Complaint.

4. The caption for this case shall be modified to include all Named Plaintiffs and Defendants, and shall replace Gilbert Taylor with Steven Banks, the new Commissioner of the New York City Department of Social Services. The caption will appear as follows:

Americas 91438168

---

SANDRA BUTLER; RICKY GIBSON; O'BRIEN MORRIS; RICHARD EMMETT; ROSELLE DIAZ; KEVIN FAISON; SHANIQUA JACKSON; CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK and COALITION FOR THE HOMELESS,

                      Plaintiffs, for themselves and on behalf of all others similarly situated,

            -against-

CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES and STEVEN BANKS, as Commissioner of the New York City Department of Social Services,

                      Defendants.

---

15 Civ. 03783

Hon. Robert W. Sweet

SO ORDERED.

Dated: August __, 2016

    New York, New York

_____
Hon. Robert W. Sweet
United States District Judge