UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BUTLER; RICKY GIBSON;
O,BRIEN MORRIS; RICHARD EMMETT;
ROSELLE DIAZ; KEVIN FAISON;
SHANIQUA JACKSON; CENTER FOR
INDE,PENDENCE OF THE DISABLED,
NEW YORK AND COALITION FOR THE,
HOMELESS, individually and on behalf of all
others similarly situated,

        Plaintiffs,

- against –

CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES and STEVEN BANKS, as
Commissioner of the New York City
Department of Homeless Services,

        Defendants.

MOTION TO APPROVE THE
PROPOSED STIPULATION AND
ORDER OF PARTIAL SETTLEMENT

15-CV-3783 (RWS) (JLC)

PLEASE TAKE NOTICE:

Upon the annexed declaration of Beth C. Hofmeister, dated September 6, 2017, counsel for Plaintiffs, and upon all of the proceedings herein, Plaintiffs will move the Court, at a hearing to be held at the United Stated District Court for the Southern District, 500 Pearl Street, New York, NY 10007, on September 7, 2017, at 2:00 pm or as soon thereafter as counsel may be heard, to enter an Order approving the Stipulation and Order of Partial Settlement, attached herein as Exhibit A, and for such other and further relief as may be proper and just.

_____
Beth C. Hofmeister
THE LEGAL AID SOCIETY
199 Water Street
New York, NY 10038
Telephone (212) 577-3300