UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA BUTLER; RICKY GIBSON; O,BRIEN MORRIS; RICHARD EMMETT; ROSELLE DIAZ; KEVIN FAISON; SHANIQUA JACKSON; CENTER FOR INDE,PENDENCE OF THE DISABLED, NEW YORK AND COALITION FOR THE, HOMELESS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>  - against –<br><br>CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES and STEVEN BANKS, as Commissioner of the New York City Department of Homeless Services,<br><br>              Defendants. | **ORDER**<br><br>15-CV-3783 (RWS) (JLC) |

ROBERT W. SWEET, District Judge

       A fairness hearing was held on September 7, 2017 regarding the partial settlement in the above-referenced matter. As set forth on the record, the Court contingently found the settlement to be fair, reasonable and adequate. In accordance with the requirement in the Class Action Fairness Act of 2005, the Court's approval is not effective until October 16, 2017, assuming no Objections are received. If no objections are received by that date, the Court will post the Order on ECF and the settlement will become fully effective. If objections are received, the parties should immediately notify the Court.

SO ORDERED.

Dated: New York, New York
       September _____, 2017

                                            _____
                                            ROBERT W. SWEET
                                            United Stated District Judge