USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                     :

SANDRA BUTLER, RICKY GIBSON,      :
O'BRIEN MORRIS, RICHARD EMMETT,   :
ROSELLE DIAZ, KEVIN FAISON,       :
SHANIQUA JACKSON, CENTER FOR     :
INDEPENDENCE OF THE DISABLED, NEW YORK:
AND COALITION FOR THE HOMELESS,   :
*for themselves and on behalf of all others similarly*  :
*situated*,                                 :

15-CV-3783 (VEC)

                         Plaintiffs,   :

<u>ORDER</u>

                                      :
        -against-                  :
                                        :
                                        :

CITY OF NEW YORK, THE NEW YORK    :
CITY DEPARTMENT OF HOMELESS      :
SERVICES, STEVEN BANKS, *as*         :
*Commissioner of the New York City Department of*  :
*Homeless Services*,               :
                       Defendants.   :
                                        :

--------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 8, 2021, Plaintiffs in this matter filed a motion for a temporary

restraining order and a preliminary injunction, Dkt. 74;

       IT IS HEREBY ORDERED that Defendants' response in opposition to the motion is due

no later than **Monday, July 12, 2021 at 9:00 A.M.** and Plaintiffs' reply in support of the motion

is due no later than **Monday, July 12, 2021 at 7:00 P.M.**

       IT IS FURTHER ORDERED that a hearing on the motion will be held on **Tuesday, July**

**13, 2021 at 3:30 P.M.** The hearing will be held before the Honorable Gregory H. Woods, the

Judge presiding on Part I duty. The hearing will be held in Courtroom 12C of the Daniel Patrick

Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  July 9, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.