USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021

**From:** Juan Chavez
**Sent:** Friday, July 30, 2021 4:10 PM
**To:** Sunia Khan >; Daniel DeFalco
**Cc:** Frances Sims ; REASON, LOGIC & LAW
**Subject:** RA Appeal

**CAUTION - EXTERNAL:**

See http://reasonlogiclaw.com/homeless

I was informed by my case manager at the Atlantic Ave. CAMBA Men's Shelter that I was transferred to from the Renaissance. . .

that the transfer was *unreasonable*.

It's unclear to me if the transfer was somehow connected to the Reasonable Accommodation request or not. Nonetheless, I wish to appeal the decision and have been informed that the SUS Renaissance team is responsible.

Please provide an *appeal form* and any information regarding what you need to effect the appeal?

Thank you for your assistance.
(302) 566-JUAN

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1