UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SANDRA BUTLER; RICKY GIBSON;
O'BRIEN MORRIS; RICHARD EMMETT;
ROSELLE DIAZ; KEVIN FAISON;
SHANIQUA JACKSON; CENTER FOR
INDEPENDENCE OF THE DISABLED, NEW
YORK AND COALITION FOR THE
HOMELESS,

Case No. 15-CV-3783

      Plaintiffs,
for themselves and on behalf of all others
similarly situated

- against -

CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES and STEVEN BANKS, as
Commissioner of the New York City Department of
Homeless Services,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PLAINTIFFS' EMERGENCY MOTION TO AMEND THE PRELIMINARY INJUNCTION

THE LEGAL AID SOCIETY
199 Water Street
New York, NY 10038
Tel: (212) 577-3300
Fax: (212) 809-1574

JENNER & BLOCK LLP
919 Third Ave.
New York, NY 10022
Tel:  (212) 891-1600

*Counsel for Plaintiffs*

Pursuant to Fed. R. Civ. P. 65, Plaintiffs respectfully move the Court for an immediate amendment of the existing preliminary injunction against Defendants (ECF No. 97, converting the temporary restraining order set forth in ECF No. 94 into a preliminary injunction), enjoining them from involuntarily moving any class member from a density hotel until Defendants can present to the Court a credible staffing and training plan, and schedule that ensures that any future moves will be conducted in compliance with the Preliminary Injunction's and the Stipulation's requirements.  Since resuming their moves of class members out of hotels following entry of the temporary restraining order and preliminary injunction, Defendants have repeatedly violated the requirements of the preliminary injunction by moving class members without the required notice and/or the required individualized meetings.  Absent injunctive relief, Defendants' conduct will cause Plaintiffs to incur immediate and irreparable injury, loss, or damage.  A memorandum in support follows and is incorporated by reference.

Dated: August 3, 2021                                                       Respectfully Submitted,
       New York, New York

                                      /s/ Joshua Goldfein
                                      Judith Goldiner
                                      Joshua Goldfein
                                      Beth Hofmeister
                                      THE LEGAL AID SOCIETY
                                      199 Water Street
                                      New York, NY 10038
                                      Tel: (212) 577-3300
                                      Fax: (212) 809-1574
                                      Email: JGoldfein@legal-aid.org

                                      Dawn L. Smalls
                                      Jacob D. Alderdice
                                      Andrew C. Elliott
                                      JENNER & BLOCK LLP
                                      919 Third Ave., 38th Floor
                                      New York, NY 10022
                                      Telephone:  212-891-1600

Email: dsmalls@jenner.com

Ali I. Alsarraf
JENNER & BLOCK LLP
353 N. Clark St., 44th Floor
Chicago, IL 60654

*Counsel for Plaintiffs*