

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Sharon Sprayregen<br>Tel.: (212) 356-0873<br>ssprayre@law.nyc.gov |

August 3, 2021

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Butler v. City of New York*, 15-CV-3783 (VEC)

Dear Judge Caproni:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Georgia M. Pestana, attorney for Defendants in the above-referenced action. I write to inform the Court that Defendants received Plaintiffs' papers after 6 pm this evening, and to request that Defendants be granted until tomorrow August 4, 2021 at 3 pm to submit a response, which will include Defendants' plan for complying with the existing Orders (ECF Nos. 94, 97) and the Stipulation of Settlement.

      Respectfully,

      /s/

      Sharon Sprayregen
      Assistant Corporation Counsel

cc:    All Counsel of Record (*via ECF*)