

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Sharon Sprayregen<br>Tel.: (212) 356-0873<br>ssprayre@law.nyc.gov |

August 4, 2021

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Butler v. City of New York*, 15-CV-3783 (VEC)

Dear Judge Caproni:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Georgia M. Pestana, attorney for Defendants in the above-referenced action. In response to Your Honor's Order (ECF No. 112), Defendants do not plan to call any witnesses, but DHS Administrator Joslyn Carter, whose declaration was filed in response to Plaintiffs' motion to amend the preliminary injunction, will be available at the hearing tomorrow August 5 to answer any questions Your Honor has regarding the matters testified to in her declaration.

                                              Respectfully,

                                              /s/

                                              Sharon Sprayregen
                                              Assistant Corporation Counsel

cc:   All Counsel of Record (*via ECF*)