```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SANDRA BUTLER, RICKY GIBSON,
O'BRIEN MORRIS, RICHARD EMMETT,
ROSELLE DIAZ, KEVIN FAISON,
SHANIQUA JACKSON, CENTER FOR
INDEPENDENCE OF THE DISABLED, NEW YORK
AND COALITION FOR THE HOMELESS,
*for themselves and on behalf of all others similarly situated*,

                           Plaintiffs,

-against-

CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES, STEVEN BANKS, *as Commissioner of the New York City Department of Homeless Services*,

                           Defendants.

------------------------------------------------------------------X

15-CV-3783 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on August 5, 2021, the Court entered a temporary restraining order in this matter, Dkt. 123;

WHEREAS in that order, the Court instructed the parties that if they do not propose an agreed upon plan, and the City does not propose a unilateral plan, the Court will hold a hearing on Plaintiffs' motion for a preliminary injunction on Monday, August 17, 2021 at 4:00 P.M.; and

WHEREAS August 17, 2021 is in fact a Tuesday;

IT IS HEREBY ORDERED that if the parties do not propose an agreed upon plan, and the City does not propose a unilateral plan, the Court will hold a hearing on Plaintiffs' motion for a preliminary injunction on **Tuesday, August 17, 2021 at 4:00 P.M.**

**SO ORDERED.**

_____
**Date and Time: August 13, 2021**        **VALERIE CAPRONI**
             **New York, NY**             **United States District Judge**