

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021



**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
Corporation Counsel

**CAROLYN E. KRUK**
Cell: (646) 939-7631
ckruk@law.nyc.gov

August 16, 2021

**By ECF**

Hon. Valerie Caproni
United States District Judge
Southern District of New York
New York, New York

      Re:    *Butler et al., v. City of New York et ano.,* 15-CV-3783

Dear Judge Caproni:

    I am one of the Assistant Corporation Counsels assigned to represent Defendants in the above action. I write to respectfully request a two-hour extension of the parties time to submit a joint letter and of Defendants' time to submit DHS's plan for moving the remaining shelter clients from density shelters, from noon today until 2 p.m. this afternoon. Plaintiffs' counsel consents to this request.

Very truly yours,

s/
Carolyn Kruk
Assistant Corporation Counsel

Application GRANTED.

SO ORDERED.

*[signature]* Date: August 16, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE