USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
            :
SANDRA BUTLER, RICKY GIBSON,          :
O'BRIEN MORRIS, RICHARD EMMETT,    :
ROSELLE DIAZ, KEVIN FAISON,         :
SHANIQUA JACKSON, CENTER FOR      :
INDEPENDENCE OF THE DISABLED, NEW YORK :
AND COALITION FOR THE HOMELESS,     :
*for themselves and on behalf of all others similarly* :
*situated*,                                          : 15-CV-3783 (VEC)
                Plaintiffs,   :
            :         ORDER
        -against-            :
            :
CITY OF NEW YORK, THE NEW YORK      :
CITY DEPARTMENT OF HOMELESS        :
SERVICES, STEVEN BANKS, *as*          :
*Commissioner of the New York City Department of* :
*Homeless Services*,                  :
                Defendants.  :
            :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2021, the City proposed a plan to move the remaining DHS clients out of De-densification Hotels and to conduct "look back" interviews with those clients who had already been moved out of the Hotels (the "Plan"), Dkt. 131;

      WHEREAS Plaintiffs agreed to most parts of the Plan but called for additional case managers to be staffed at the 19 remaining De-densification Hotels and for the "look back" interviews to commence immediately; and

      WHEREAS on August 17, 2021, the parties appeared for a hearing in this matter;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, Plaintiff's objections to case manager staffing and the timing of the "look back" interviews are OVERRULED.

IT IS FURTHER ORDERED that by no later than **Thursday, August 19, 2021**, the parties must file a joint stipulation that the Court may so order that incorporates the City's Plan.

IT IS FURTHER ORDERED that by no later than **Thursday, August 19, 2021**, the City must update the Court as to whether T.E. and J.M. have been moved to placements with ADA compliant bathrooms and if not, why not. More generally, the Court encourages the parties to meet and confer to develop a better method for the advocacy organizations to inform DHS about clients who they believe have reasonable accommodation needs that are not being met.

IT IS FURTHER ORDERED that by no later than **Friday, September 24, 2021**, the City must provide the Court with an update about the status of the moves out of the De-densification Hotels and the "look back" interviews.

**SO ORDERED.**

**Date and Time: August 18, 2021**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**