

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Sharon Sprayregen<br>Tel.: (212) 356-0873<br>ssprayre@law.nyc.gov |

August 19, 2021

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Butler v. City of New York*, 15-CV-3783 (VEC)

Dear Judge Caproni:

      I am an Assistant Corporation Counsel assigned to represent Defendants in the above-referenced action. Pursuant to Your honor's Order, dated August 18, 2021 (Dkt. No. 138), I write to provide an update to the Court regarding DHS's accommodations of class members' T.E. and J.M.'s needs.

      Both T.E. and J.M. have been moved to single-occupancy rooms with bathrooms with accessible features to meet their needs. In particular, J.M.'s room has grab bars in the shower and next to the toilet, and T.E.'s room has a roll-in shower with grab bars and a shower chair. Both have accessible toilets (i.e., toilets that are the appropriate height).

Respectfully,

/s/

Sharon Sprayregen
Assistant Corporation Counsel

cc:   All Counsel of Record (*via ECF*)