**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2021



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
Corporation Counsel

CAROLYN E. KRUK
Office: (212) 356-0893
ckruk@law.nyc.gov

September 22, 2021

**By ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York
New York, New York

Re:   *Butler et al., v. City of New York et ano.,* 15-CV-3783

Dear Judge Caproni:

I am one of the Assistant Corporation Counsels representing Defendants in the above action. I write to respectfully request an extension of Defendants' time to provide the Court with a status update on the City's implementation of its plan to move remaining shelter clients from density hotels and conduct "look backs" at clients previously moved to congregate shelter settings. The status update is currently due on Friday, September 24. Defendants respectfully request until Tuesday, September 28, 2021, to submit the status update. This is Defendants' first request for such an extension. Plaintiffs' counsel consents to the request.

The requested extension will give the parties additional time to meet and address any outstanding questions or concerns before Defendants provide Your Honor with the requested update on the status of the implementation of both elements of the City's plan.

Accordingly, Defendants respectfully request an extension of time to submit a status report to the Court, from September 24 to September 28, 2021.

Thank you for your consideration of this request.

Very truly yours,
s/
Carolyn Kruk

cc. Plaintiffs' counsel (by ECF)

Application GRANTED.

SO ORDERED.

Date: September 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE