```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                       :

SANDRA BUTLER, RICKY GIBSON,
O'BRIEN MORRIS, RICHARD EMMETT,
ROSELLE DIAZ, KEVIN FAISON,
SHANIQUA JACKSON, CENTER FOR
INDEPENDENCE OF THE DISABLED, NEW YORK
AND COALITION FOR THE HOMELESS,
*for themselves and on behalf of all others similarly situated*,

                           Plaintiffs,

                -against-

CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES, STEVEN BANKS, *as Commissioner of the New York City Department of Homeless Services*,

                             Defendants.

------------------------------------------------------------------- X

15-CV-3783 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 7, 2021, the Court ordered Plaintiffs to show cause why their motion to enforce the Stipulation of Settlement (Dkt. 74) should not be denied as moot given the developments in this case, Dkt. 155; and

WHEREAS on November 19, 2021, Plaintiffs responded to the Court's order to show cause, Dkt. 156.

IT IS HEREBY ORDERED that the City's response to Plaintiffs' submission is due no later than **Friday, December 3, 2021**.

**SO ORDERED.**

**Date: November 21, 2021**                                                        **VALERIE CAPRONI**
**New York, NY**                                                            **United States District Judge**