**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021



|  | THE CITY OF NEW YORK | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>Corporation Counsel | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>Office: (212) 356-0893<br>ckruk@law.nyc.gov |

December 1, 2021

**By ECF**

Hon. Valerie Caproni
United States District Judge
Southern District of New York
New York, New York

      Re:    *Butler et al., v. City of New York et ano.,* 15-CV-3783

Dear Judge Caproni:

      I am one of the Assistant Corporation Counsel (ACC) representing Defendants in the above action. I write to respectfully request a 10-day extension of Defendants' time – from December 3 to December 13, 2021 – to respond to Plaintiffs' November 19, 2021 submission (Dkt No. 156) in response to the Court's order to show cause why their motion to enforce the Stipulation of Settlement in this action should not be denied as moot given the developments in this case (Dkt No. 155).

      The extension is requested for two reasons. First, my colleague, ACC Sharon Sprayregen, who has taken a lead counsel role on the return to shelter issues in this action is on leave until December 13, 2021. Second, due to recent back-to-back deadlines in my cases – and the cases of attorneys that I supervise – I respectfully request additional time to prepare a detailed response to Plaintiffs' submission.

      During this time the parties will continue to work collaboratively to resolve any issues that may arise with respect to class members' access and functional needs and reasonable accommodation requests. Additionally, the parties are scheduled to meet on December 8, 2021 to discuss the status of and next steps related to other elements of the Stipulation of Settlement.

      This is Defendants' first request for an extension. Plaintiffs consent to this request.

Accordingly, Defendants respectfully request an extension of time to respond to Plaintiffs' November 19, 2021 submission, from December 3 to December 13, 2021.

Thank you for your consideration of this request.

Very truly yours,

s/
Carolyn Kruk
Assistant Corporation Counsel

cc. Plaintiffs' counsel (by ECF)

Application GRANTED.

SO ORDERED.

Date: December 2, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE