USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                             :

SANDRA BUTLER, RICKY GIBSON,         :
O'BRIEN MORRIS, RICHARD EMMETT,   :
ROSELLE DIAZ, KEVIN FAISON,        :
SHANIQUA JACKSON, CENTER FOR     :
INDEPENDENCE OF THE DISABLED, NEW YORK:
AND COALITION FOR THE HOMELESS,   :
*for themselves and on behalf of all others similarly* :
*situated*,                         :         15-CV-3783 (VEC)
                      Plaintiffs, :
                             :         ORDER
        -against-              :
                             :
                             :
CITY OF NEW YORK, THE NEW YORK    :
CITY DEPARTMENT OF HOMELESS     :
SERVICES, STEVEN BANKS, *as*       :
*Commissioner of the New York City Department of* :
*Homeless Services*,             :
                   Defendants. :
                             :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 7, 2021, the Court ordered Plaintiffs to show cause why their

motion to enforce the Stipulation of Settlement (Dkt. 74) should not be denied as moot given the

developments in this case, Dkt. 155;

       WHEREAS on November 19, 2021, Plaintiffs responded to the Court's order to show

cause, Dkt. 156; and

       WHEREAS on December 23, 2021, the City responded to Plaintiff's submission, Dkt.

162.

       IT IS HEREBY ORDERED that Plaintiffs' reply to the City's submission is due no later

than **Friday, January 7, 2022**.  If Plaintiffs continue to believe that the motion to enforce the

Stipulation of Settlement should not be denied as moot, their response should include a concrete proposal outlining next steps moving forward.  Any concrete proposal should include whether the City agrees *vel non* to the proposal.


**SO ORDERED.**

**Date: December 28, 2021**
**New York, NY**                                              **VALERIE CAPRONI**
                                                              **United States District Judge**