USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANDRA BUTLER; RICKY GIBSON; O'BRIEN MORRIS; RICHARD EMMETT; ROSELLE DIAZ; KEVIN FAISON; SHANIQUA JACKSON; CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK AND COALITION FOR THE HOMELESS,

         Plaintiffs,
for themselves and on behalf of all others similarly situated

  - against -

CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES and STEVEN BANKS, as Commissioner of the New York City Department of Homeless Services,

         Defendants.

Case No. 15-CV-3783

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

---

  PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Dawn Smalls hereby withdraws as counsel for Plaintiffs, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Attorneys for The Legal Aid Society, including Judith Goldliner, Joshua Goldfein, Kathryn Kliff, and Stephanie Rudolph, as well as Jacob D. Alderdice and Ali I. Alsarraf of Jenner & Block LLP, will continue to represent Plaintiffs in this proceeding.

Dated: New York, New York
      May 10, 2023

By:   /s/ *Jacob Alderdice*
Jacob Alderdice
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1625
JAlderdice@jenner.com

SO ORDERED:

*[signature: Valerie Caproni]*

2