UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

SANDRA BUTLER; RICKY GIBSON; O'BRIEN
MORRIS; RICHARD EMMETT; ROSELLE DIAZ;
KEVIN FAISON; SHANIQUA JACKSON; CENTER
FOR INDEPENDENCE OF THE DISABLED, NEW
YORK AND COALITION FOR THE HOMELESS,

                                              Plaintiffs, for
themselves and on behalf of all others similarly situated,

                        -against-

CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES and
STEVEN BANKS, as Commissioner of the New York City
Department of Homeless Services,

                                                Defendants.

------------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

~~[PROPOSED]~~ ADDENDUM
TO THE ORDER OF
APPOINTMENT

15-CV-3783 (VEC)(JLC)

**WHEREAS** the parties in the above action have entered into a settlement agreement so-ordered on July 7, 2017 (Dkt. No. 55) on the issue of liability;

**WHEREAS** pursuant to paragraph 51 of the settlement agreement, the New York City Department of Homeless Services ("DHS") is to "identify and take steps to retain an independent consultant (or consultants) to conduct a phased survey of selected shelters, facilities, or portions therein of the DHS Shelter System to identify barriers to physical and program access" and "to identify for each shelter, facility, or portion therein surveyed, specific remediation with cost estimates,"

**WHEREAS** the consultant is also to perform other duties under the settlement agreement;

**WHEREAS** DHS has identified Steven Winter Associates, Inc. ("SWA") as its consultant pursuant to paragraph 51 of the settlement agreement;

WHEREAS Plaintiffs' counsel has interviewed SWA, and consents to DHS' identification of SWA as DHS' consultant pursuant to paragraph 51 of the settlement agreement; and

WHEREAS, the parties jointly submitted an order of appointment of SWA as DHS' consultant pursuant to paragraph 51 of the settlement agreement, which was ordered by the Court (Dkt. No. 68); and

WHEREAS, the parties jointly submitted an addendum to the order of appointment of SWA as DHS' consultant, after DHS received notice of compensation and payment increase from SWA, with SWA's then-current fee schedule with increased rates, pursuant to paragraph 51 of the settlement agreement, which was ordered by the Court (Dkt. No. 68); and

WHEREAS, DHS again received notice of compensation and payment increase from SWA, and now seeks Court approval for the proposed increases as required by the Order of Appointment (Dkt. No. 68) ¶ 2.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The rates for SWA Team members in the Addendum to the Order of Appointment (Dkt. No. 173) is replaced with the rates indicated below:

    Effective January 11, 2024, rates for SWA Team members are as follows:

    | Name | Rate |
    |---|---|
    | Peter A. Stratton | $450 |
    | Jeff Heitert | $350 |
    | Theresa D'Andrea | $250 |
    | Noelle Piontek | $150 |

Dated: New York, New York
November 28, 2023

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE