Case 1:15-cv-03783-VEC   Document 204   Filed 09/22/25   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

**MEMO ENDORSED**

Re: Motion for leave to file a motion to intervene in <u>Butler v. City of New York</u>, No. 15-cv-3783 (VEC) (S.D.N.Y.)

To:   U.S. District Judge Valerie Caproni                                               August 30, 2025

      Pursuant to your pretextual 9/21/21 order in <u>Butler v. City of New York</u>, No. 15-cv-3783 <u>(VEC)(S.D.N.Y.)</u> that is the first attached exhibit, I, Towaki Komatsu, declare under the penalty of perjury that I seek leave to file a motion to intervene in this case as an interested party partly because **a)** attached medical records are about a disability that I have due to an injured right knee that flares up at times; **b)** I reside in a homeless shelter located at 3339 Park Avenue in the Bronx; and **c)** it appears that the New York City Department of Homeless Services ("DHS") is violating a settlement in this case by yet again causing me to be assigned to an unsuitable homeless shelter. Although I challenged that assignment in a fair hearing on 7/31/25 that the New York State Office of Temporary and Disability Assistance ("OTDA") conducted and recorded on audio, DHS violated my discovery rights for that hearing and the administrative law judge who presided over it lied to me during it by claiming she couldn't issue a subpoena against DHS in response. Also, though I have commenced 2 article 78 proceedings about related matters, both were conducted in ways that violated my legal rights and that was condoned on appeal in the first instance. I can't elaborate here because of your page limits. Also, staff in my current shelter illegally confiscated a thermometer of mine on 8/18/25 to pretextually prevent me from continuing to use it to record temperature measurements in a dormitory there where I slept to gather evidence about the fact that it's violating applicable law about air-conditioning in shelters.

  s /Towaki Komatsu                       3339 Park Ave.
                                          Bronx, NY 10456

                                          Tel: 646-579-7510
                                          E-mail: Towaki_Komatsu@yahoo.com

Application DENIED. Mr. Komatsu has not shown in this submission that the issues he intends to raise constitute a legal interest in this matter. The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 203 and the duplicative motion at Dkt. 202, and to mail a copy of this Order to Mr. Komatsu at 3339 Park Ave., Bronx, NY 10456,

SO ORDERED.

9/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE