UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
SANDRA BUTLER, *et al.*,

                            *Plaintiffs*,     **ADDENDUM TO THE ORDER OF APPOINTMENT**

        -against-

CITY OF NEW YORK, *et al.*,                15-CV-3783 (VEC)

                           *Defendants*.

------------------------------------------------------------------------ x

**WHEREAS,** the Parties in the above-captioned action entered into a Stipulation of Settlement (the "Stipulation") so-ordered on July 7, 2017, (ECF No. 55), on the issue of liability;

**WHEREAS,** pursuant to Paragraph 51 of the Stipulation, the New York City Department of Homeless Services ("DHS") is to "identify and take steps to retain an independent consultant (or consultants) to conduct a phased survey of selected shelters, facilities, or portions therein of the DHS Shelter System to identify barriers to physical and program access" and "to identify for each shelter, facility, or portion therein surveyed, specific remediation with cost estimates;"

**WHEREAS,** the consultant is also to perform other duties under the Stipulation;

**WHEREAS,** DHS has identified Steven Winter Associates, Inc. ("SWA") as its consultant pursuant to Paragraph 51 of the Stipulation;

**WHEREAS,** Plaintiffs' counsel has interviewed SWA and consents to DHS' identification of SWA as DHS' consultant pursuant to Paragraph 51 of the Stipulation; and

**WHEREAS,** the Parties jointly submitted an Order of Appointment of SWA as DHS' consultant pursuant to Paragraph 51 of the Stipulation, and this Order of Appointment was endorsed by the Court, (ECF No. 68);

**WHEREAS**, the Parties jointly submitted an Addendum to the Order of Appointment of SWA as DHS' consultant, after DHS received notice of compensation and payment increase from SWA, with SWA's then-current fee schedule with increased rates, pursuant to Paragraph 51 of the Stipulation, and this Addendum was endorsed by the Court on or about February 24, 2022, (ECF No. 173);

**WHEREAS**, the Parties jointly submitted a further Addendum to the Order of Appointment of SWA as DHS' consultant, after DHS received notice of compensation and payment increase from SWA, with SWA's then-current fee schedule with increased rates, pursuant to Paragraph 51 of the Stipulation, and this further Addendum was endorsed by the Court on or about November 28, 2023, (ECF No. 193); and

**WHEREAS**, DHS has again received notice of compensation and payment increase from SWA, and thus now seeks Court approval for the proposed increases, as required by Paragraph 2 of the Order of Appointment, (ECF No.68);

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

The rates for SWA Team members in the Addendum to the Order of Appointment, (ECF No. 193), are hereby superseded and replaced with the rates indicated below:

Effective January 11, 2026, rates for SWA Team members are as follows:

| Name | Title | Rate |
| --- | --- | --- |
| Peter A. Stratton | Executive Management II | $450 |
| Jeff Heitert | Technical Director II | $350 |
| Theresa D'Andrea | Project Manager/SME II | $275 |
| Hunter Rubin | Consultant II | $150 |
| James Gross | Consultant II | $150 |

It is **SO ORDERED** this 5th day of January, 2025.

_____

VALERIE E. CAPRONI
United States District Judge

- 2 -