THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

**MEMO ENDORSED**

November 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2026

***Via ECF***

The Honorable Valerie E. Caproni
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Butler, *et al.* v. City of New York, *et al.*, No. 15 CV 3783 (VEC)**

Dear Judge Caproni:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. I write, jointly with Plaintiffs' counsel, to respectfully request an additional one month for the parties to make an application to extend the Court's jurisdiction over certain portions of the November 17, 2017 Stipulation of Settlement, (ECF No. 67), in this action.

As the Court will recall, the Court's jurisdiction over several portions of the Stipulation has elapsed, but the parties have repeatedly stipulated to the Court's continuing jurisdiction over other portions, *i.e.*, beyond the Stipulation's originally envisioned termination date of December 7, 2022, to give Defendants additional time to comply with the terms of the Stipulation of Settlement, pursuant to the process for extension contemplated by Paragraph 78 of the Stipulation of Settlement (ECF No. 67). The present termination date of the extant portions of the Stipulation is thus December 7, 2026. (ECF No. 201, at p. 3.)

At present, while the parties agree that the Court's jurisdiction should continue in some respects, the parties continue to discuss which provisions of the Stipulation of Settlement should remain under ongoing supervision by the Court. The parties require additional time for these discussions but anticipate resolving the remaining issues in the near future. However, Paragraph 78 of the Stipulation requires a motion for an extension of the Court's jurisdiction be made thirty days before the operative termination date, *i.e.*, for present purposes, by November 6,

2026. The requested 1-month extension would therefore move this deadline to December 7, 2026, allowing for more fruitful discussion between the parties in the meantime.

This is the parties' first request for an extension of the November 6, 2026 deadline. As noted, the requested 1-month extension would move the deadline to make an application to extend the Court's jurisdiction to December 7, 2026.

Next, the parties also write to seek the Court's endorsement of the attached proposed protective order. As the parties continue to discuss over which portions of the Stipulation of Settlement the Court may continue to exercise supervision, they are also taking steps to scrutinize how the data for the population analysis described in the Stipulation of Settlement is being collected and analyzed. As part of this process, Plaintiffs have engaged an expert to whom the Defendants intend to disclose certain highly confidential data about individuals who receive services from the New York City Department of Homeless Services. To ensure that this data is appropriately protected, the parties have conferred and agreed to the attached proposed protective order. To facilitate their ongoing discussions about this data, the parties jointly and respectfully request that the Court endorse the attached proposed order.

⁂

The parties thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record

Application GRANTED.

SO ORDERED.

Valerie Caproni 11/04/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE